1 NICHOLAS A. TRUTANICH
United States Attorney
2 District of Nevada
Nevada Bar Number 13644
3 KEVIN D. SCHIFF
Assistant United States Attorney
4 501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
5 PHONE: (702) 388-6336
FAX: (702) 388-5087
6 Kevin.Schiff@usdoj.gov
*Attorneys of the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-cr-00202-RFB-EJY |
| Plaintiff, | **Stipulation to Extend Government's Response to Defendant's Motion to Suppress [ECF No. 24] (Third Request)** |
| vs. | |
| JESSY DELGADO, | |
| Defendant. | |

It is stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney; Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America, and Rebecca Levy, Assistant Federal Public Defender, counsel for Defendant Jessy Delgado;

That the Government shall have an additional 30 days, from the granting of this motion by the Court, to respond to Defendant's Motion to Suppress filed August 9, 2019. ECF No. 24. The parties are continuing to negotiate a non-trial resolution in this matter.

*///*

Should that negotiation be successful it will obviate the need to litigate the Motion to Suppress.

DATED this 4th day of December, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Kevin Schiff*
Kevin D. Schiff
Assistant United States Attorney

/s/ *Rebecca Levy*
Rebecca Levy, AFPD.
Counsel for Defendant

|     |     |
| --- | --- |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSY DELGADO,<br><br>Defendant. | 2:18-cr-00202-RFB-EJY<br><br>**Order Per Stipulation of the Parties** |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Government shall have until January 6, 2020 in which to respond to Defendant's Motion to Suppress, ECF No. 24.

IT IS SO ORDERED

_____
THE HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: December 18, 2019